```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
HORIZON GROUP USA, INC.,                :
                                        :
                     Plaintiff,         :     19cv6356 (DLC)
          -v-                           :
                                        :         ORDER
ANKER PLAY PRODUCTS, LLC,               :
                                        :
                     Defendant.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 9, 2020, the plaintiff filed a motion for leave to file an amended complaint. Accordingly, it is hereby

ORDERED that any opposition is due March 20, 2020. Any reply is due March 27. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 11, 2020

                              _____
                                      DENISE COTE
                              United States District Judge