UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HORIZON GROUP USA, INC.,

    Plaintiff,

-vs-

ANKER PLAY PRODUCTS, LLC,

    Defendant.

Case No.: 1:19-cv-06356-DLC

PROPOSED ORDER
OF ATTORNEY WITHDRAWAL

**IT IS HEREBY ORDERED THAT**, attorney Jeremy A. Schachter, an attorney with the law firm of Seyfarth Shaw LLP, is hereby withdrawn as counsel in the above captioned matter. Jeremy A. Schachter was one of the attorneys for Defendant while with the law firm of Seyfarth Shaw LLP. Jeremy A. Schachter is no longer affiliated with Seyfarth Shaw LLP. The clerk is hereby directed to remove Mr. Jeremy A. Schachter from the Court docket and designate his status as terminated.

Dated: June 21, 2023

*/s/ Jeremy A. Schachter*
Jeremy A. Schachter
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 218-5500

SO ORDERED.

_____
Honorable Denise Cote
United States District Judge

6/23/23

96020670v.1 / 108211-000005